# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYREE WALLACE**, | : CIVIL ACTION NO. 1:10-CV-0948 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **JANE DOE, , et al.**, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 13th day of July, 2010, upon consideration of plaintiff's motion for appointment of counsel (Doc. 11), and it appearing from the complaint that plaintiff is capable of properly and forcefully prosecuting his Eighth Amendment claims of deliberate indifference to medical needs and unsafe conditions of confinement, and that resolution of the facial merit of plaintiff's claims neither implicates complex legal or factual issues nor requires factual investigation or the testimony of expert witnesses, see Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to request for counsel), it is hereby ORDERED that the motion (Doc. 11) is DENIED. If further proceedings demonstrate the need for counsel, the matter will be reconsidered either *sua sponte* or upon motion of plaintiff. See id.

                                          S/ Christopher C. Conner
                                      CHRISTOPHER C. CONNER
                                      United States District Judge