# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYREE WALLACE**, | : | CIVIL ACTION NO. 1:10-CV-0948 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **JANE DOE, , et al.**, | : | |
| **Defendants** | : | |

## SCHEDULING ORDER

AND NOW, this 3rd day of December, 2010, it is hereby ORDERED that:

1. Defendants' motion for leave to depose plaintiff (Doc. 34), is GRANTED. Defendants are permitted to depose plaintiff *via* videoconference at a time acceptable to prison officials at SCI-Huntingdon or any other institution where plaintiff is housed.

2. The pre-trial schedule in the above-captioned case shall be as follows:

   a. Discovery shall be completed on or before February 3, 2011.

   b. Dispositive motions shall be filed on or before March 3, 2011.

   c. Scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

3. Any motions or briefs filed after the expiration of the applicable deadline without prior leave of court shall be stricken from the record.

4. No extensions of the pre-trial schedule shall be granted absent good cause. See FED. R. CIV. P. 16(b).

                                      S/ Christopher C. Conner
                                  CHRISTOPHER C. CONNER
                                  United States District Judge